UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────

ALBERT GAUDINO,

                        Petitioner,            13 Civ. 2925 (JGK)

          - against -                          MEMORANDUM OPINION AND
                                               ORDER
2400-2410 DAVISON AVE. HDFC,

                        Respondent.

────────────────────────────────────

JOHN G. KOELTL, District Judge:

     The plaintiff's application to appoint counsel is **denied

without prejudice** for failure to make the required showing.  The

Court of Appeals for the Second Circuit has articulated factors

that should guide the Court's discretion to appoint counsel to

represent an indigent civil litigant under 28 U.S.C. § 1915.

See Hodge v. Police Officers, 802 F.2d 58, 61-62 (2d Cir. 1986);

Jackson v. Moscicki, No. 99 Civ. 2427 (JGK), 2000 WL 511642, at

*4 (S.D.N.Y. Apr. 27, 2000).  For the Court to order the

appointment of counsel, the plaintiff must, as a threshold

matter, demonstrate that the claim has substance or a likelihood

of success on the merits.  See Hodge, 802 F.2d at 60-61.  Only

then can the Court consider the other factors appropriate to

determination of whether counsel should be appointed:

"plaintiff's ability to obtain representation independently, and

[her] ability to handle the case without assistance in the light

of the required factual investigation, the complexity of the

legal issues, and the need for expertly conducted cross-examination to test veracity." Cooper v. A. Sargenti Co., Inc., 877 F.2d 170, 172 (2d Cir. 1989).  The plaintiff has not made such a showing.  The plaintiff's application for the Court to appoint counsel is therefore **denied without prejudice** for failure to make the required showing at this time.

**SO ORDERED.**

**Dated:     New York, New York**
**           June 26, 2013**

_____/s/_____
**John G. Koeltl**
**United States District Judge**
